## **ORDER**

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-titled action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**


Dated: _____          _____
                                        United States District Judge